IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ERICK J. WYATTE, | § | |
| | § | No. 387, 2020 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below–Superior Court |
| | § | of the State of Delaware |
| STATE OF DELAWARE, | § | |
| | § | Cr. ID No. 1703006467 (K) |
| Defendant Below, | § | |
| Appellee. | § | |

Submitted: January 19, 2021
Decided: February 3, 2021

## <u>ORDER</u>

On November 13, 2020, the appellant, Erick J. Wyatte, filed a notice of appeal from an October 13, 2020 Superior Court sentencing order. Under Supreme Court Rule 6, a timely notice of appeal should have been filed on or before November 12, 2020.[1] On January 4, 2021, the Clerk re-issued,[2] by certified mail, a notice directing Wyatte to show cause why his appeal should not be dismissed as untimely filed. Wyatte received the notice on January 8, 2021. A timely response was due on or

---

[1] Del. Supr. Ct. R. 6(iii).

[2] On December 8, 2020, the Clerk issued a notice to show cause to Wyatte that was returned as undeliverable to the Court on December 30, 2020.

before January 18, 2021. To date, Wyatte has not responded to the notice to show cause. Therefore, dismissal of the appeal is deemed unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:


_____/s/ Karen L. Valihura_____
Justice